IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE TRACKING OF CELLULAR TELEPHONE (417) 205-3147, INCLUDING CELL SITE, TRIANGULATION, AND GPS | No. 17-SW-2079DPR<br><br>(UNDER SEAL) |

## RETURN

The tracking device was authorized on telephone number (417) 205-3147 on August 16, 2017. The tracking device was utilized during the period between August 16, 2017 and August 31, 2017, 2017.

I declare under the penalty of perjury that this return is correct and was returned to the designated judge.

_____
Jason R. Carter, Task Force Officer
Drug Enforcement Administration